**People of the State of Illinois, Defendant in Error, v. Ronald L. Williams, Plaintiff in Error.**

**Gen. No. 51,274.**

First District, Third Division.
February 2, 1967.

Norman J. Smyth, of Tinley Park, for plaintiff in error; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. Roger Horsky, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by PRESIDING JUSTICE SULLIVAN. **Not to be published in full.**